| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __SOUTHERN__ District of __TEXAS__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Mar De Sol 2021 LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Mar Del Sol Apartments

3. **Debtor's federal Employer Identification Number (EIN)**

   85 - 4193606

4. **Debtor's address**

   **Principal place of business**

   8600 Woodway Dr
   Number   Street

   Houston   TX   77063
   City   State   ZIP Code

   Harris
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   9303 Woodfair Dr
   Number   Street

   Houston   TX   77036
   City   State   ZIP Code

5. **Debtor's website** (URL)   _____

Debtor  Mar De Sol 2021 LLC _____   Case number (*if known*) _____
　　　　　Name

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.　District _____　When _____　Case number _____
   　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　　　District _____　When _____　Case number _____
   　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor __Mar De Sol 2021 LLC_____     Case number (if known)_____
        Name

| | | |
|---|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor  __See attached list_____   Relationship _____<br>District _____   When _____<br>                                                                                              MM / DD / YYYY<br>Case number, if known _____ | |

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | Check all that apply:<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☒ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property? __9303__   __Woodfair Dr_____<br>                                      Number        Street<br><br>                                      _____<br>                                      __Houston_____   __TX__   __77036__<br>                                      City                                    State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☒ Yes.  Insurance agency __AEGIS Insurance_____<br>             Contact name    __Tyler Webber_____<br>             Phone              __316-303-7422_____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☒ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99            ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **3**

Debtor  **Mar De Sol 2021 LLC**  Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/07/2025**
               MM / DD / YYYY

✘ **/s/ Fercan E. Kalkan**           **Fercan E. Kalkan**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

✘ **/s/ Joyce W. Lindauer**        Date  **09/07/2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Joyce W. Lindauer**
Printed name
**Joyce W. Lindauer Attorney, PLLC**
Firm name
**117 S. Dallas Street**
Number   Street
**Ennis**         **TX**      **75119**
City                                      State        ZIP Code

**972-503-4033**         **joyce@joycelindauer.com**
Contact phone                                   Email address

**21555700**                  **Texas**
Bar number                                      State

## RELATED CASES

Creekside 2019, LLC
Case No. 25-80094
Galveston Division
Judge Alfredo R. Perez

9707 Woodscape 2020 LLC
Case No. 25-32463
Houston Division
Judge Jeffrey P. Norman

Piney Point 2023 LLC
Case No. 25-30128
Houston Division
Judge Jeffrey P. Norman

Rockridge2016, LLC
Case No. 25-32047
Houston Division
Judge Jeffrey P. Norman

Rosslyn2016 LLC
Case No. 25-34507
Houston Division
Judge Eduardo V. Rodriguez

Texas Esencia 2019 LLC
Case No. 25-34508
Houston Division
Judge Eduardo V. Rodriguez

Timbers2020 LLC
Case No. 25-34510
Houston Division
Judge Eduardo V. Rodriguez

TXMV2017 LLC
Case No. 25-30126
Houston Division
Judge Alfredo R. Perez

ENKB Monticello LLC
Galveston Division

La Plaza 2022 LLC
Galveston Division

Mar De Sol 2021 LLC
Galveston Division

TX Nueva 2021 LLC
Galveston Division

## ACTION BY WRITTEN CONSENT
## OF THE SOLE MEMBER

### Mar De Sol 2021 LLC

September 7, 2025

The undersigned, being the sole member **Fercan E. Kalkan** (the "Member") and manager (the "Manager") of **Mar De Sol 2021 LLC**, a Texas limited liability company (the "Company"), does hereby consent to and adopt the following resolutions effective as of the date first above written, as the action of the Sole Member and the Manager of the Company, and hereby direct that this written consent to such action be filed with the minutes of the proceedings of the Company:

### RECITALS

WHEREAS, the Sole Member and Manager of the Company have reviewed and considered the financial condition and circumstances of the Company, including its assets, liabilities, and business prospects; and

WHEREAS, after due consideration and consultation with legal and financial advisors, the Sole Member and Manager have determined that it is in the best interests of the Company to seek relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code");

### RESOLUTIONS

NOW, THEREFORE, BE IT RESOLVED, that the Sole Member and the Manager hereby authorize the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the applicable jurisdiction; and

FURTHER RESOLVED, that **Fercan E. Kalkan**, Manager of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition and cause the same to be filed in such court at such time as they deem appropriate; and

FURTHER RESOLVED, that **Fercan E. Kalkan**, Manager of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to:

- Retain legal counsel, financial advisors, and any other professionals deemed necessary to assist the Company in its bankruptcy proceedings and related matters;
- Execute and file all necessary documents, pleadings, and schedules, and take all other actions necessary or desirable to complete the bankruptcy filing and administer the Company's Chapter 11 case;
- Negotiate, execute, deliver, and perform any agreements, instruments, or other documents in connection with the bankruptcy proceedings, including any restructuring support agreements, debtor-in-possession financing agreements, or similar documents;
- Appear in court on behalf of the Company and take all actions in connection with the Chapter 11 case that they deem necessary or appropriate to preserve, protect, and maximize the value of the Company's assets; and

FURTHER RESOLVED, that all prior acts and actions taken by any officer, manager, or other authorized representative of the Company in connection with the matters contemplated by this resolution are hereby ratified, confirmed, and approved in all respects; and

FURTHER RESOLVED, that this resolution shall be effective immediately and remain in full force and effect until modified, revoked, or superseded by a subsequent resolution adopted by the Sole Member and the Manager.

      **IN WITNESS WHEREOF, this Written Consent has been executed by the undersigned as of the date first set forth above.**

**MEMBER:**

*Fercan E. Kalkan, Sole Member*

By: _____[signature]_____
Fercan E. Kalkan, Managing Member

**MANAGER:**

_____[signature]_____
Fercan E. Kalkan, an Individual